IDA B. LENETSKY, Appellant, *v.* DIME SAVINGS BANK OF BROOKLYN, Respondent.

Submitted November 17, 1941; decided November 27, 1941.

*Gregory A. Lee* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.